UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYNTHIA CORRIE AND CRAIG CORRIE,
ON THEIR OWN BEHALF AND
AS PERSONAL REPRESENTATIVES
OF THE ESTATE OF
RACHEL CORRIE AND HER NEXT OF
KIN, INCLUDING HER SIBLINGS,
Olympia, Thurston County, Washington,

           **Plaintiffs,**

    v.

MOSHE YA'ALON, former Chief of Staff,
Israeli Defense Forces,

           **Defendant.**

Civil Action No. 05-2168 (PLF)

EX PARTE MOTION TO SEAL CASE

Plaintiffs, through counsel, hereby move this Court for an order sealing the case, including the Complaint (as well as Civil Cover Sheet, Summons, and Initial Electronic Case Filing Order), this Motion to Seal, and an earlier Motion to Seal filed with the Court by paper copy only on December 13, 2005 (copy attached), that was accompanied by my Affirmation supporting the Motion to Seal, a Proposed Order, and Plaintiffs' notice of voluntary dismissal without prejudice. This motion is substantively the same as that earlier motion to seal.

The notice of voluntary dismissal will also be filed electronically after the filing of this motion. Should the Court agree and issue an order to seal the case, Plaintiffs ask that today's motion to seal and today's notice of dismissal also be included under that Order and sealed.

The reasons for this order appear in the previously filed Affirmation of James Klimaski, one of Plaintiffs' attorneys, filed by paper copy only with the Court on December 13, 2005.

For these reasons and other such reasons as may appear just to the court, Plaintiffs request that their motion for an order sealing the case be granted.  A proposed Order is included.

Respectfully submitted,

December 16, 2005

_____

JAMES R. KLIMASKI (#243543)
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036-3830
(202) 296-5600
(202) 296-5601  Fax
Klimaski@klimaskilaw.com

MARIA C. LAHOOD
JENNIFER M. GREEN
WILLIAM GOODMAN
ABDEEN JABARA (# 426159)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway – 7th Floor
New York, NY 10012
(212) 614-6430
(212) 614-6499 Fax
mlahood@ccr-ny.org

JUDITH BROWN CHOMSKY
MICHAEL POULSHOCK
LAW OFFICES OF JUDITH BROWN CHOMSKY
PO Box 29726
Elkins Park, PA 19027
(215) 782-8367
jchomsky@igc.org

SUSAN M. AKRAM, Associate Professor
Boston University School of Law
765 Commonwealth Avenue
Boston, MA  02215
(617) 353-3148
sakram@gbls.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CYNTHIA CORRIE AND CRAIG CORRIE,
ON THEIR OWN BEHALF AND
AS PERSONAL REPRESENTATIVES
OF THE ESTATE OF
RACHEL CORRIE AND HER NEXT OF
KIN, INCLUDING HER SIBLINGS,
Olympia, Thurston County, Washington,

               **Plaintiffs,**

    v.

MOSHE YA'ALON, former Chief of Staff,
Israeli Defense Forces,

               **Defendant.**

Civil Action No. 05-2168 (PLF)

## ORDER

Upon Plaintiffs' *ex parte* motion for an order to seal the case — including all documents filed in the case — and upon review of the affirmation of counsel in support and all other filings associated with this matter, it is

**ORDERED** that Plaintiffs' motion to seal the case be granted, inclusive of all documents on file in this case, including the Complaint (as well as Civil Cover Sheet, Summons, and Initial Electronic Case Filing Order), the Motion to Seal (and accompanying Affirmation and Proposed Order), this Order, and, when filed, Plaintiffs' voluntary Notice of Dismissal.

 

                            _____
                            HONORABLE PAUL L. FRIEDMAN
                            United States District Judge

Dated: _____
Washington, D.C.

# Motion to Seal

# filed by Paper Copy Only

# December 13, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 DEC 13  PM 4: 00

NANCY M.
MAYER-WHITTINGTON
CLERK

CYNTHIA CORRIE AND CRAIG CORRIE,
ON THEIR OWN BEHALF AND
AS PERSONAL REPRESENTATIVES
OF THE ESTATE OF
RACHEL CORRIE AND HER NEXT OF
KIN, INCLUDING HER SIBLINGS,
Olympia, Thurston County, Washington,

Civil Action No. 1:05CV02168 (PLF)

EX PARTE MOTION TO SEAL CASE

Plaintiffs,

v.

MOSHE YA'ALON, former Chief of Staff,
Israeli Defense Forces,

Defendant.

Plaintiffs, through counsel, hereby move this Court for an order sealing the case,

including the Complaint (as well as Civil Cover Sheet, Summons, and Initial Electronic Case

Filing Order), the Motion to Seal (and accompanying Affirmation, Proposed Order, and Order, if

granted), and Plaintiffs' notice of dismissal, to be filed under seal when this motion is ruled on.

The reasons for said order appear in the attached Affirmation of James Klimaski, one of

Plaintiffs' attorneys, filed herewith.

For these reasons and other such reasons as may appear just to the court, Plaintiffs request that their motion for an order sealing the case be granted.

Respectfully submitted,

December 13, 2005

JAMES R. KLIMASKI (#243543)
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036-3830
(202) 296-5600
(202) 296-5601 Fax
Klimaski@klimaskilaw.com

MARIA C. LAHOOD
JENNIFER M. GREEN
WILLIAM GOODMAN
ABDEEN JABARA (# 426159)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
(212) 614-6499 Fax
mlahood@ccr-ny.org

JUDITH BROWN CHOMSKY
MICHAEL POULSHOCK
LAW OFFICES OF JUDITH BROWN CHOMSKY
PO Box 29726
Elkins Park, PA 19027
(215) 782-8367
jchomsky@igc.org

SUSAN M. AKRAM
Associate Professor
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215
(617) 353-3148
sakram@gbls.org

*Counsel for Plaintiffs*