UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CYNTHIA CORRIE AND CRAIG CORRIE,
ON THEIR OWN BEHALF AND
AS PERSONAL REPRESENTATIVES
OF THE ESTATE OF
RACHEL CORRIE AND HER NEXT OF
KIN, INCLUDING HER SIBLINGS,
Olympia, Thurston County, Washington,

Plaintiffs,

v.

MOSHE YA'ALON, former Chief of Staff,
Israeli Defense Forces,

Defendant.

Civil Action No. 1:05CV02168 (PLF)

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

    Plaintiffs, through counsel, hereby provide notice to the Court of their voluntary dismissal of this action without prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1).

Respectfully submitted,

December 13, 2005

JAMES R. KLIMASKI (#243543)
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036-3830
(202) 296-5600
(202) 296-5601  Fax
Klimaski@klimaskilaw.com

MARIA C. LAHOOD
JENNIFER M. GREEN
WILLIAM GOODMAN
ABDEEN JABARA (# 426159)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
(212) 614-6499 Fax
mlahood@ccr-ny.org

JUDITH BROWN CHOMSKY
MICHAEL POULSHOCK
LAW OFFICES OF JUDITH BROWN CHOMSKY
PO Box 29726
Elkins Park, PA 19027
(215) 782-8367
jchomsky@igc.org

SUSAN M. AKRAM
Associate Professor
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215
(617) 353-3148
sakram@gbls.org

*Counsel for Plaintiffs*